# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-24-GCM

| | |
|---|---|
| David Oppenheimer, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Order |
| William Stacey Moore, The ACL LLC, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER COMES** before the Court on its own Motion. Due to outstanding issues that must be resolved prior to trial, the Court hereby extends the trial date to January 25, 2021.

**SO ORDERED**.

Signed: June 22, 2020

Graham C. Mullen
United States District Judge