IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00024-GCM

| | |
|---|---|
| DAVID OPPENHEIMER, <br><br> Plaintiff, <br><br> v. <br><br> THE ACL LLC, <br> WILLIAM STACEY MOORE, <br><br> Defendants. | **ORDER** |

**THIS MATTER** comes before the Court pursuant to the parties' status report (ECF Doc. 33), which was filed on March 5, 2021. Now being apprised of the parties' position regarding the safety of proceeding with trial,

**IT IS HEREBY ORDERED** that the trial in this matter is reset to the July 19, 2021 trial term, beginning at 10:00 AM in the Charles R. Jonas Federal Building, Courtroom #8, 401 W. Trade St. Charlotte, NC 28202 before Senior Judge Graham C. Mullen.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report no later than July 1, 2021 so that the Court can make an advised decision regarding the safety of proceeding with trial during the July 19, 2021 trial term.

**SO ORDERED**.

Signed: March 9, 2021

*/s/ Graham C. Mullen*
Graham C. Mullen
United States District Judge