# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00024-GCM

| | |
|---|---|
| DAVID OPPENHEIMER, **Plaintiff,** v. THE ACL LLC, WILLIAM STACEY MOORE, **Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court *sua sponte*. Upon the representation by Plaintiff's counsel that certain health matters have arisen that necessitate a continuance of the jury trial in this matter, which is currently set for the July 19, 2021 term, and upon the representation that Defendants do not oppose such a continuance, the Court finds good cause to continue the trial.

**IT IS THEREFORE ORDERED** that the jury trial in the above-captioned matter, which is currently set for the July 19, 2021 term, is continued to October 18, 2021, and will begin at 10:00 AM in the Charles R. Jonas Federal Building, 401 W. Trade St. Charlotte, NC 28202, before Senior Judge Graham C. Mullen.

**SO ORDERED**.

Signed: July 8, 2021

Graham C. Mullen
United States District Judge