IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00024-GCM

| | |
|---|---|
| DAVID OPPENHEIMER,<br><br>    Plaintiff,<br><br>v.<br><br>THE ACL LLC,<br>WILLIAM STACEY MOORE,<br><br>    Defendants. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. The parties were previously directed to file a joint status report advising the Court when trial may be reset in this matter. ECF No. 42. They have done so. ECF No. 50. It appears that the parties do not "wish to delay trial any further" and are prepared to try this case after March 1, 2022. *Id*. at 1.

**IT IS THEREFORE ORDERED** that the jury trial in this matter is **RESET** to May 23, 2022. It will begin at 10:00 AM in the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina 28202. The Clerk is respectfully requested to **NOTIFY** the Jury Administrator.

**SO ORDERED**.

Signed: January 24, 2022

Graham C. Mullen
United States District Judge