IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00024-GCM

| | |
|---|---|
| DAVID OPPENHEIMER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE ACL LLC,<br>WILLIAM STACEY MOORE,<br><br>　　　　Defendants. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. This case is set for trial on May 23, 2022. The time originally allotted for the trial was three days. Plaintiff's counsel asserts that at least six or seven days will be necessary to try the case. However, a trial of that length would necessarily impede another trial scheduled for the following week. The Court reluctantly concludes that the trial date must be reset.

**IT IS THEREFORE ORDERED** that the trial in this matter is **RESET** to the Court's regular July trial term, beginning on July 18, 2022 at 10 am.

**SO ORDERED**.

Signed: April 25, 2022

Graham C. Mullen
United States District Judge