# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:19-CV-00024-GCM

| | |
|---|---|
| **DAVID OPPENHEIMER,**<br><br>**Plaintiff,**<br><br>v.<br><br>**THE ACL LLC,**<br>**WILLIAM STACEY MOORE,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Trial is presently set for July 18, 2022. Due to a scheduling conflict, the trial date must be reset.

**IT IS THEREFORE ORDERED** that trial in this matter is **RESET** to the regular November trial term, beginning at 10:00 am on November 14, 2022.

**SO ORDERED**.

Signed: May 23, 2022

Graham C. Mullen
United States District Judge